

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                    312-435-5670
**Clerk**

Date: 4/30/2020

John C. Ellis
Ellis Legal P.C.
200 West Madison Street
Suite 1940
Chicago, IL 60606

Re: Gill v. Dick's Sporting Goods, Inc.
USDC Case Number: 20-cv-2598

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

                                                         Sincerely yours,

                                                         Thomas G. Bruton, Clerk
                                                         By: /s/ Paula Harrison
                                                         Deputy Clerk

Rev. 11/18/2016